## Azaniah BLANKUMSEE, Plaintiff–Appellant,

### v.

## DEPARTMENT OF CORRECTIONS; Bobby Shearin, Warden of NBCI; A. Roderick, Case Management Manager; S. Johnson, Case Management Specialist, Defendants–Appellees.

No. 14–7156.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 16, 2014.

Decided: Dec. 18, 2014.

Azaniah Blankumsee, Appellant Pro Se. Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellee.

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Azaniah Blankumsee appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Blankumsee's motion for appointment of counsel and affirm for the reasons stated by the district court. *Blankumsee v. Dep't of Corr.*, No. 8:13–cv–02507–PWG, 2014 WL 3697959 (D.Md. filed July 22, 2014; entered July 23, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*